AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas

AUG 3 1 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

JOSE ZAVALA,
Petitioner,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA
Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-17-CV-04 AM/CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

all claims against the Defendant The Prudential Insurance Company of America are DISMISSED WITH PREJUDICE.   It signed and entered as document [ 17 ] by U.S. District Judge Alia Moses.

August 31, 2017
Date

Jeannette J. Clack
Clerk

/s/ Blanca S. Briones
(By) Deputy Clerk